1  Michael J. McCue
   Nevada Bar No. 6055
2  Meng Zhong
   Nevada Bar No. 12145
3  Zachary T. Gordon
   Nevada Bar No. 13133
4  Lewis Roca Rothgerber Christie LLP
   3993 Howard Hughes Parkway, Suite 600
5  Las Vegas, Nevada 89169
   Telephone: (702) 949-8224
6  E-mail: mmccue@lrrc.com
   E-mail: mzhong@lrrc.com
7  E-mail: zgordon@lrrc.com

8  *Attorneys for Plaintiffs*
   *MGM Resorts International,*
9  *Mirage Resorts, Incorporated, and*
   *Mandalay Resort Group*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MGM RESORTS INTERNATIONAL, a Delaware corporation; MIRAGE RESORTS, INCORPORATED, a Nevada corporation; and MANDALAY RESORT GROUP, a Nevada corporation,<br><br>Plaintiffs,<br><br>v.<br><br>LA MINA DE ORO, INC., a California corporation; NANDANSONS INTERNATIONAL, INC., a New York corporation; QUALITY KING FRAGRANCE, INC., a Delaware corporation; and JOHN DOES 1-10;<br><br>Defendants. | Case No.: 2:17-cv-01101-APG-GWF<br><br>**PLAINTIFFS' UNOPPOSED MOTION TO EXTEND THE TIME FOR DEFENDANT LA MINA DE ORO, INC. TO ANSWER OR OTHERWISE RESPOND TO THE AMENDED COMPLAINT**<br><br>**(First request)** |

Plaintiffs MGM Resorts International, Mirage Resorts, Incorporated, and Mandalay Resort Group (collectively, "Plaintiffs") served the Amended Complaint in this action on Defendant La Mina de Oro, Inc. ("La Mina") on October 26, 2017. (ECF No. 15.) The deadline for La Mina to answer or otherwise respond is November 16, 2017.

Plaintiffs respectfully move the Court for an order extending the time for La Mina to

1

102788097_1

answer or otherwise respond to the Amended Complaint by thirty (30) days, until December 18, 2017 (advanced to the first business day after Saturday, December 16). La Mina requested this extension because it expressed a desire to cooperate with Plaintiffs and to discuss an amicable disposition of the claims against La Mina.

Dated: this 9th day of November, 2017.

Respectfully submitted,

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: /s/ Zachary T. Gordon
Michael J. McCue
Meng Zhong
Zachary T. Gordon
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Telephone: (702) 949-8224
E-mail: mmccue@lrrc.com
E-mail: mzhong@lrrc.com
E-mail: zgordon@lrrc.com

*Attorneys for Plaintiffs MGM Resorts International, Mirage Resorts, Incorporated, and Mandalay Resorts Group*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE
DATED: November 13, 2017