Michael J. McCue
Nevada Bar No. 6055
Meng Zhong
Nevada Bar No. 12145
Zachary T. Gordon
Nevada Bar No. 13133
Lewis Roca Rothgerber Christie LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Telephone: (702) 949-8224
E-mail: mmccue@lrrc.com
E-mail: mzhong@lrrc.com
E-mail: zgordon@lrrc.com

*Attorneys for Plaintiffs
MGM Resorts International,
Mirage Resorts, Incorporated, and
Mandalay Resort Group*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MGM RESORTS INTERNATIONAL, a Delaware corporation; MIRAGE RESORTS, INCORPORATED, a Nevada corporation; and MANDALAY RESORT GROUP, a Nevada corporation,<br><br>Plaintiffs,<br><br>v.<br><br>LA MINA DE ORO, INC., a California corporation; NANDANSONS INTERNATIONAL, INC., a New York corporation; QUALITY KING FRAGRANCE, INC., a Delaware corporation; and JOHN DOES 1-10;<br><br>Defendants. | Case No.: 2:17-cv-01101-APG-GWF<br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT LA MINA DE ORO, INC. WITHOUT PREJUDICE**<br><br><br>**ORDER** |

///

///

///

///

///

///

1

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs MGM Resorts International, Mirage Resorts, Incorporated, and Mandalay Resort Group hereby voluntarily dismiss Defendant La Mina de Oro, Inc. from this action without prejudice.

Dated: this 8th day of December, 2017.

Respectfully submitted,

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: /s/ Zachary T. Gordon
Michael J. McCue
Meng Zhong
Zachary T. Gordon
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Telephone: (702) 949-8224
E-mail: mmccue@lrrc.com
E-mail: mzhong@lrrc.com
E-mail: zgordon@lrrc.com

*Attorneys for Plaintiffs MGM Resorts International, Mirage Resorts, Incorporated, and Mandalay Resorts Group*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE
DATED: 12/11/2017