1 Michael J. McCue
Nevada Bar No. 6055
2 Meng Zhong
Nevada Bar No. 12145
3 Zachary T. Gordon
Nevada Bar No. 13133
4 Lewis Roca Rothgerber Christie LLP
3993 Howard Hughes Parkway, Suite 600
5 Las Vegas, Nevada 89169
Telephone: (702) 949-8224
6 E-mail: mmccue@lrrc.com
E-mail: mzhong@lrrc.com

*Attorneys for Plaintiffs*
*MGM Resorts International,*
*Mirage Resorts, Incorporated, and*
*Mandalay Resort Group*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MGM RESORTS INTERNATIONAL, a Delaware corporation; MIRAGE RESORTS, INCORPORATED, a Nevada corporation; and MANDALAY RESORT GROUP, a Nevada corporation,<br><br>Plaintiffs,<br><br>v.<br><br>LA MINA DE ORO, INC., a California corporation; NANDANSONS INTERNATIONAL, INC., a New York corporation; QUALITY KING FRAGRANCE, INC., a Delaware corporation; and JOHN DOES 1-10;<br><br>Defendants. | Case No.: 2:17-cv-01101-APG-GWF<br><br>**PLAINTIFFS' UNOPPOSED MOTION TO EXTEND THE TIME FOR DEFENDANT QUALITY KING FRAGRANCE, INC. TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**<br><br>**(Second request)** |

Plaintiffs MGM Resorts International, Mirage Resorts, Incorporated, and Mandalay Resort Group (collectively, "Plaintiffs") served the Amended Complaint in this action on Defendant Quality King Fragrance, Inc. ("QKF") on October 30, 2017. (ECF No. 16.) The deadline for QKF to answer or otherwise respond was November 20, 2017. Plaintiff filed an Unopposed Motion to Extend Time to December 20, 2017 (ECF No. 19), which was granted (ECF No. 21).

1

Plaintiffs respectfully move the Court for an order extending the time for QKF to answer or otherwise respond to the Amended Complaint by another thirty (30) days, until January 19, 2018. QKF requested this extension because the parties are engaged in settlement negotiations.

Dated: this 15th day of December, 2017.

Respectfully submitted,

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: /s/ Zachary T. Gordon
Michael J. McCue
Meng Zhong
Zachary T. Gordon
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Telephone: (702) 949-8224
E-mail: mmccue@lrrc.com
E-mail: mzhong@lrrc.com
Email: zgordon@lrrc.com

*Attorneys for Plaintiffs MGM Resorts International, Mirage Resorts, Incorporated, and Mandalay Resorts Group*

**IT IS SO ORDERED:**

_George Foley Jr._
UNITED STATES MAGISTRATE JUDGE
DATED: December 18, 2017

103056816_1